# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                           CASE NO.  3:99cr46/RV

WILLIE JAMES GRIFFIN JR.

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   October 12, 2006

Motion/Pleadings:   MOTION for modification of sentence pursuant to 18 U.S.C. 3582(c)(2)

Filed by   Defendant   on 911/2006   Doc.#   303

RESPONSES:

 None   on   Doc.#

   on   Doc.#

____ Stipulated   ____ Joint Pldg.

____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Jerry Marbut

LC (1 OR 2)                   Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this*   **17th**   *day of*   **October**  *, 2006, that:*

*(a) The relief requested is DENIED.*

*(b)* _____

/s/ *Roger Vinson*

***ROGER VINSON***
***Senior United States District Judge***