IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.   CASE NO.: 3:99cr46/RV
  3:09cv175/RV/MD

**WILLIE JAMES GRIFFIN, JR.**
_____

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 27, 2009. The defendant previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 352) is DISMISSED without prejudice as successive.

DONE AND ORDERED this 27th day of August, 2009.

  /s/ *Roger Vinson*
  **ROGER VINSON**
  **SENIOR UNITED STATES DISTRICT JUDGE**