IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case Nos.: 3:99cr46/RV
3:11cv458/RV/EMT

WILLIE JAMES GRIFFIN, JR.,
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 30, 2012 (doc. 447). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and the timely filed objection thereto (doc. 448), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion to vacate pursuant to 28 U.S.C. § 2255 (doc. 434), is **DENIED and DISMISSED**, as this court lacks jurisdiction to consider a successive motion absent permission from the Eleventh Circuit.

3. No certificate of appealability shall issue.

**DONE AND ORDERED** this 25th day of May, 2012.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**