IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                              Case Nos.:     3:99cr46/RV/EMT
                                                                3:14cv639/RV/EMT
WILLIE JAMES GRIFFIN, JR.,
_____/

### O R D E R

     This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated December 12, 2014 (doc. 496).  Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

     Having considered the Report and Recommendation, and the timely filed objections thereto (doc. 499), I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

     2.    Defendant's petition for a writ of audita querela is **DENIED,** as he is not entitled to challenge his sentence by means of this writ.

     3.    Construed as a motion to vacate pursuant to 28 U.S.C. § 2255 (doc. 493), the instant motion is **DENIED and DISMISSED**.

     4.    A certificate of appealability is **DENIED**.

     **DONE AND ORDERED** this 7th day of January, 2015.


/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**